Joel P. Kelly (SBN 100716)
Danny Yadidsion (SBN 260282)
**JACKSON LEWIS P.C.**
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430
KellyJ@jacksonlewis.com
danny.yadidsion@jacksonlewis.com

Attorneys for Defendant
COLLEGE ENTRANCE EXAMINATION BOARD

**ALEXANDER KRAKOW + GLICK LLP**
J. Bernard Alexander, III (State Bar No. 128307)
Amelia Alvarez (State Bar No. 310044)
401 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
T: 310 394 0888 | F: 310 394 0811
E: balexander@akgllp.com | E: aalvarez@akgllp.com

Attorneys for Plaintiff STEPHANIE PATTERSON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT

| | |
|---|---|
| STEPHANIE PATTERSON, an individual, | CASE NO.: 17-cv-00651-JAK(RAOx) |
| Plaintiff, | **PROTECTIVE ORDER PRECLUDING DISCLOSURE OF CONFIDENTIAL AND/OR PROPRIETARY INFORMATION** |
| vs. | |
| COLLEGE ENTRANCE EXAMINATION BOARD, a New York corporation, and DOES 1 through 50, inclusive, | Complaint Filed: December 16, 2016 |
| Defendants. | |

## **ORDER**

Having reviewed the foregoing Protective Order, and for good cause shown, the Court hereby makes the Protective Order an Order of the Court.

IT SO ORDERED.

Dated: July 12, 2017

_____
Hon. Rozella A. Oliver
United States Magistrate Judge